UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:

Michael Schlueter

Debtor

Case No:   6:09-bk-05314-ABB

Chapter 13

### TRUSTEE'S CONSENT TO DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and consents to the entry of an Order granting the Debtor's Motion to Modify Confirmed Plan.

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by the United States mail or by electronic transmission to the parties listed below on the 27th day of January, 2010.

**Debtor** - Michael Schlueter, 167 Carisbrooke Street, Ocoee, FL  34761

**Debtor's Attorney** - Robert J Pellegrino, 627 Hearthglen Boulevard, (Law Office Of Robert J Pellegrino), Winter Garden, FL  34787

/S/ LAURIE K. WEATHERFORD

Laurie K Weatherford
Chapter 13 Trustee
Samuel R Pennington
Attorney for Trustee
FL Bar No. 0779326
PO Box 3450
Winter Park, FL   32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com