United States Bankruptcy Court
Middle District of Florida

In re   MICHAEL SCHLUETER                                  Case No.    6:09-bk-05314

                                      Debtor(s)            Chapter     13

## CONCLUSIVE REPORT TO THE COURT ON MEDIATION CONFERENCE

Pursuant to the Court's order, mediation in the above referenced case was held on the 20th day of September, 2010.

The result of the conference is as follows:

_____ 1.  A full and complete settlement was reached. The parties are submitting their agreement to their attorneys, and a final draft will be submitted for the Court's approval.

_____ 2.  A partial settlement agreement was reached. The parties are submitting their agreement to their attorneys, and a final draft will be submitted for the Court's approval. Some issues will require Court resolution.

__XX__ 3.  The parties agree to reconvene to continue mediation.

_____ 4.  The parties have impassed. All issues require Court intervention.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by Electronic Notice or Regular U.S. Mail to:

**Debtors,** c/o Debtor's Counsel
**Debtor's counsel,** Robert Pellegrino, 627 Hearthglen Blvd, Winter Garden, FL 34787-4521
**Chapter 13 Trustee,** Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32792;
**Creditor,** LBPS c/o Creditor's counsel
**Creditor's counsel,** Antonio Alonso, 1800 NW 49th St., Suite 120, Ft. Lauderdale, FL  33309

On September 20, 2010

*Elizabeth F. McCausland*
_____
Elizabeth F. McCausland, Esq.
Florida Bar No.: 0125822
Liz McCausland, PA
545 Delaney Ave. Suite 7
Orlando, FL 32801
(407) 492-1817  (407) 545-4335 fax
Liz@LizLawFirm.com